**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

IN RE:

    VELMA M. MILLER                          **CHAPTER 13**
                                                        **CASE NO: 14-61694**

    **Debtor**

**ORDER ON MOTION FOR TRUSTEE TO DISBURSE PAYMENTS**

Upon motion by the Debtor for the entry of an order directing the Chapter 13 Trustee to immediately begin disbursing regular monthly mortgage payments to NCEP, and it appearing to the Court to be proper, it is hereby

**ORDERED:**

1.    The Chapter 13 Trustee is instructed to begin making monthly payments to NCEP, pursuant to the Plan filed June 22, 2016.

2.    Payments are to be in the amount of $ 388.12, for account ending in 6558, paid directly to NCEP, at the following address: NCEP, LLC, by AIS Data Services, LP as agent, PO Box 4138, Houston, TX 77210, beginning with the payment due July 9, 2016   If the claim filed by the creditor provides different information, the Trustee is to make payments in accordance with the information provided on the claim.

Dated:  June 24, 2016

                                                                       *Rebecca B Connelly*
                                                                       U.S. Bankruptcy Judge

I ASK FOR THIS:

 */s/ Margaret C. Valois*
Counsel for Debtor


SEEN:

 */s/ Herbert L. Beskin*
Herbert L. Beskin, Trustee
Permission Granted 6/23/16